THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Walker, Appellant.
 
 
 

Appeal From Sumter County
 George C. James, Jr., Circuit Court Judge
Unpublished Opinion No. 2009-UP-143
Submitted March 2, 2009  Filed March 12,
 2009    
APPEAL DISMISSED

 
 
 
 Deputy
 Chief Appellate Defender Wanda
 H. Carter, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans, Jr., and J. Benjamin Aplin, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  James Terrell Walker pled guilty to second-degree
 attempted burglary and was sentenced to ten years imprisonment, suspended upon
 three years probation, two hundred fifty hours of public service employment,
 and random drug testing.  Walker was arrested for violating the terms of his
 probation, and the circuit court revoked two years of his probation.  Walker appeals, arguing the circuit court erred in imposing a sentence that was
 disproportionate to the violations committed.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Walkers appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.